IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-977-CFC |
| DEXCOM, INC., | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT DEXCOM, INC.'S MOTION
TO DISMISS UNDER RULE 12(B)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant DexCom, Inc. ("DexCom") respectfully moves to dismiss the First and Seventh Causes of Action in Plaintiffs Abbott Diabetes Care Inc.'s and Abbott Diabetes Care Limited's Complaint filed in the above-captioned action. The patents asserted in the First and Seventh Causes of Action do not claim patentable subject matter under 35 U.S.C. § 101 and those causes of action consequently fail to state a claim as a matter of law.

The grounds for DexCom's motion are set forth more fully in DexCom's Opening Brief, submitted herewith.

1737773

| | |
|---|---|
| OF COUNSEL:<br>Robert A. Van Nest<br>Christa Anderson<br>Eugene M. Paige<br>Sophie Hood<br>Elizabeth A. Egan<br>Andrew S. Bruns<br>Sean M. Arenson<br>Jee Young (Grace) Kim<br>Puja Parikh<br>Nicholas R. Green<br>Yena Lee<br>Bilal Malik<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>(415) 676-2276<br><br>Dated: September 13, 2021 | /s/ David M. Fry<br>John W. Shaw (No. 3362)<br>David M. Fry (No. 5486)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>dfry@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |