IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCOM, INC.,<br><br>Defendant. | C.A. No. 21-977 (KAJ) |

**PLAINTIFFS' OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(6)**

OF COUNSEL:

Edward A. Mas II
Leland G. Hansen
James M. Hafertepe
Sharon A. Hwang
Michael J. Carrozza
Manuela Cabal
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL  60661
(312) 887-8000

Ellisen Shelton Turner
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
(310) 552-4200

Amanda J. Hollis
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

October 4, 2021

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Plaintiffs*

Benjamin A. Lasky
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

The motion to dismiss (D.I. 11) of Defendant Dexcom, Inc. ("Dexcom") should be denied as moot.

On July 1, 2021, Plaintiffs Abbott Diabetes Care Inc. and Abbott Diabetes Care Limited (collectively, "Abbott") filed their Complaint (D.I. 1), asserting that Dexcom infringes twelve of Abbott's patents, including U.S. Patent Nos. 10,820,842 ("'842 Patent") and 10,952,653 ("'653 Patent"). On September 13, 2021, Dexcom moved to dismiss *only* the First and Seventh Causes of Action, which relate to the '842 and '653 Patents, respectively, arguing that those patents are invalid under 35 U.S.C. § 101. (D.I. 11.) *Dexcom's motion to dismiss did not impact Abbott's infringement claims for the other ten asserted patents.*

To expedite this matter, Abbott has today filed a First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), *with amendments to the First and Seventh Causes of Action*. (D.I. 17.) There are no other substantive changes in the First Amended Complaint, which is now the operative complaint. Dexcom's response to the First Amended Complaint is due in 14 days.

Because Dexcom's motion to dismiss is specifically directed to the original First and Seventh Causes of Action, which have been superseded by the amended allegations in the First Amended Complaint, Dexcom's motion is moot and should be denied. *Calloway v. Green Tree Servicing, LLC*, 599 F. Supp. 2d 543, 546 (D. Del. 2009) ("Defendant's motion to dismiss is responsive to plaintiffs' original complaint. As the amended complaint has superseded the original, defendant's motion to dismiss has become moot. Accordingly, the court dismisses defendant's motion."); *Gammino v. Am. Tel. & Tel. Co.*, No. 12-666-LPS, 2013 WL 6154569, at *3 (D. Del. Nov. 22, 2013) ("Because the [defendants'] Motions are directed to the original complaint, and

today the Court is granting Plaintiff's Motion to Amend—making the proposed Amended Complaint the operative complaint—the Court will deny the motions to dismiss as moot.").

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Rodger D. Smith II (#3778) |
| Edward A. Mas II | 1201 North Market Street |
| Leland G. Hansen | P.O. Box 1347 |
| James M. Hafertepe | Wilmington, DE 19899 |
| Sharon A. Hwang | (302) 658-9200 |
| Michael J. Carrozza | jblumenfeld@morrisnichols.com |
| Manuela Cabal | rsmith@morrisnichols.com |
| MCANDREWS, HELD & MALLOY, LTD. |  |
| 500 West Madison Street, 34th Floor | *Attorneys for Plaintiffs* |
| Chicago, IL  60661 |  |
| (312) 887-8000 |  |

Ellisen Shelton Turner
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
(310) 552-4200

Amanda J. Hollis
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

Benjamin A. Lasky
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

October 4, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 4, 2021, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>David M. Fry, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Christa Anderson, Esquire<br>Eugene M. Paige, Esquire<br>Sophie Hood, Esquire<br>Elizabeth A. Eagan, Esquire<br>Andrew S. Bruns, Esquire<br>Sean M. Arenson, Esquire<br>Jee Young (Grace) Kim, Esquire<br>Puja Parikh, Esquire<br>Nicholas R. Green, Esquire<br>Yena Lee, Esquire<br>Bilal Malik, Esquire<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)