IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>    Plaintiffs,<br><br> v.<br><br>DEXCOM, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-977 (KAJ)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

    The undersigned hereby certifies that copies of: (1) *Plaintiffs' First Set of Requests for Production (Nos. 1-97) to Defendant*; and (2) *Plaintiffs' First Set of Interrogatories (Nos. 1-9) to Defendant*, were caused to be served on November 10, 2021, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *BY HAND AND ELECTRONIC MAIL* |

Robert A. Van Nest, Esquire
Christa Anderson, Esquire
Eugene M. Paige, Esquire
Sophie Hood, Esquire
Elizabeth A. Eagan, Esquire
Andrew S. Bruns, Esquire
Sean M. Arenson, Esquire
Jee Young (Grace) Kim, Esquire
Puja Parikh, Esquire
Nicholas R. Green, Esquire
Yena Lee, Esquire
Bilal Malik, Esquire
Stephanie J. Goldberg, Esquire
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA  94111-1809
*Attorneys for Defendant*

BY ELECTRONIC MAIL

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

———————————————
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Edward A. Mas II
Leland G. Hansen
James M. Hafertepe
Sharon A. Hwang
Michael J. Carrozza
Manuela Cabal
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL  60661
(312) 887-8000

Ellisen Shelton Turner
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067
(310) 552-4200

2

Amanda J. Hollis
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

Benjamin A. Lasky
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

November 10, 2021

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 10, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

    I further certify that I caused copies of the foregoing document to be served on November 10, 2021, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Christa Anderson, Esquire<br>Eugene M. Paige, Esquire<br>Sophie Hood, Esquire<br>Elizabeth A. Eagan, Esquire<br>Andrew S. Bruns, Esquire<br>Sean M. Arenson, Esquire<br>Jee Young (Grace) Kim, Esquire<br>Puja Parikh, Esquire<br>Nicholas R. Green, Esquire<br>Yena Lee, Esquire<br>Bilal Malik, Esquire<br>Stephanie J. Goldberg, Esquire<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |

                /s/ *Rodger D. Smith II*

                Rodger D. Smith II (#3778)