IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE INC. and | ) | |
| ABBOTT DIABETES CARE LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C.A. No. 21-977 (KAJ) |
| v. | ) | |
| | ) | |
| DEXCOM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Court's Scheduling Order (D.I. 35), Plaintiffs Abbott Diabetes Care Inc. and Abbott Diabetes Care Limited ("Plaintiffs"), and Defendant DexCom, Inc. ("Defendant"), submit their Joint Claim Construction Chart attached as Exhibit 1, which identifies the term(s)/phrase(s) of the claim(s) in issue and each party's proposed construction of the disputed claim language with citation(s) to the intrinsic evidence in support of their respective proposed constructions. Copies of the patents in issue as well as those portions of the intrinsic record relied upon are attached as exhibits as follows:

Exhibit 1:     Joint Claim Construction Chart

**Asserted Patents**

Exhibit 2:     U.S. Patent No. 10,973,443

Exhibit 3:     U.S. Patent No. 10,945,649

Exhibit 4:     U.S. Patent No. 11,013,440

Exhibit 5:     U.S. Patent No. 10,881,341

Exhibit 6:     U.S. Patent No. 10,959,654

Exhibit 7:     U.S. Patent No. 11,000,216

Exhibit 8:      U.S. Patent No. 10,820,842

Exhibit 9:      U.S. Patent No. 10,952,653

Exhibit 10:     U.S. Patent No. 10,827,954

Exhibit 11:     U.S. Patent No. 10,874,338

Exhibit 12:     U.S. Patent No. 10,966,644

Exhibit 13:     U.S. Patent No. 10,945,647

**Exhibits for U.S. Patent No. 10,973,443**

Exhibit 14:     Preliminary Amendment, September 21, 2018, from the prosecution history file of U.S. Patent No. 10,973,443

Exhibit 15:     Office Action, June 8, 2020, from the prosecution history file of U.S. Patent No. 10,973,443

Exhibit 16:     Response to Office Action, February 24, 2021, from the prosecution history file of U.S. Patent No. 11,141,084

Exhibit 17:     Office Action, March 18, 2021, from the prosecution history file of U.S. Patent No. 11,141,084

Exhibit 18:     Preliminary Amendment, January 11, 2021, from the prosecution history file of U.S. Patent No. 11,116,430

Exhibit 19:     Office Action, March 24, 2021, from the prosecution history file of U.S. Patent No. 11,116,430

Exhibit 20:     Response to Office Action, April 18, 2022, from the prosecution history file of U.S. Patent App. No. 17/493,408

Exhibit 21:     Notice of Allowance, May 2, 2022, from the prosecution history file of U.S. Patent App. No. 17/493,408

Exhibit 22:     U.S. Patent No. 11,141,084

Exhibit 23:     U.S. Patent No. 11,116,430

Exhibit 24:     Claims as Filed, Sept. 21, 2018, from the prosecution history file of U.S. Patent No. 10,973,443 at p. 2

Exhibit 25:     Claims as Filed, Dec. 8, 2020, from the prosecution history file of U.S. Patent No. 10,973,443 at pp. 3-6

Exhibit 26:    Applicant Arguments/Remarks Made in an Amendment, Dec. 8, 2020, from the prosecution history file of U.S. Patent No. 10,973,443 at pp. 9-10

Exhibit 27:    Claims as Filed, Sept. 6, 2013, from the prosecution history file of U.S. Pat. App. No. 12/538,067 at p. 4

Exhibit 28:    Claims as Filed, Sept. 6, 2007, from the prosecution history file of U.S. Patent No. 8,029,442 at p. 27

Exhibit 29:    Claims as Filed, Nov. 5, 2003, from the prosecution history file of U.S. Patent No. 7,381,184 at p. 27

**Exhibits for U.S. Patent Nos. 10,954,649 & 11,013,440**

Exhibit 30:    Notice of Allowability, April 19, 2021, from the prosecution history file of U.S. Patent No. 11,013,440

Exhibit 31:    Amendments to the Claims, June 19, 2020, from the prosecution history file of U.S. Patent No. 10,772,547 at p. 7

Exhibit 32:    Applicant Arguments/Remarks Made in an Amendment, June 19, 2020, from the prosecution history file of U.S. Patent No. 10,772,547 at p. 9

Exhibit 33:    Amendment to the Claims, June 25, 2019, from the prosecution history file of U.S. Patent Application No. 16/387,023 at pp. 3-4

Exhibit 34:    Amendment to the Claims, April 5, 2018, from the prosecution history file of U.S. Patent No. 10,292,632 at p. 3

Exhibit 35:    Applicant Arguments/Remarks Made in an Amendment, April 5, 2018, from the prosecution history file of U.S. Patent No. 10,292,632 at p. 6

**Exhibits for U.S. Patent Nos. 10,881,341, 10,959,654 & 11,000,216**

Exhibit 36:    Application, March 24, 2011, from the prosecution history of U.S. Patent 9,265,453

Exhibit 37:    Office Action, November 14, 2012, from the prosecution history file of U.S. Patent No. 9,265,453

Exhibit 38:    Response To Office Action, January 14, 2013, from the prosecution history file of U.S. Patent No. 9,265,453

Exhibit 39:    Application, January 15, 2016, from the prosecution history of U.S. Patent 10,881,340

Exhibit 40:     Office Action, April 23, 2018, from the prosecution history file of U.S. Patent No. 10,881,340

Exhibit 41:     Response To Office Action, September 24, 2018, from the prosecution history file of U.S. Patent No. 10,881,340

Exhibit 42:     Office Action, August 27, 2019, from the prosecution history file of U.S. Patent No. 10,881,340

Exhibit 43:     U.S. Prov. App. No. 61/317,243

Exhibit 44:     U.S. Prov. App. No. 61/345,562

Exhibit 45:     Non-Final Rejection, December 17, 2020, from the prosecution history file of U.S. Patent No. 10,959,654 at p. 3

Exhibit 46:     Applicant Arguments/Remarks, January 29, 2021, from the prosecution history file of U.S. Patent No. 10,959,654 at p. 9

Exhibit 47:     Applicant Arguments/Remarks, October 22, 2020, from the prosecution history file of U.S. Patent No. 10,959,654 at p. 8

Exhibit 48:     Non-Final Rejection, December 17, 2020, from the prosecution history file of U.S. Patent No. 11,000,216 at p. 3-4

Exhibit 49:     Applicant Arguments/Remarks Made in Amendment, March 16, 2021, from the prosecution history file of U.S. Patent No. 11,000,216 at p. 10

Exhibit 50:     Applicant Argument/Remarks Made in Amendment, October 20, 2020, from the prosecution history file of U.S. Patent No. 11,000,216 at p. 9.

**Exhibits for U.S. Patent Nos. 10,820,842 & 10,952,653**

Exhibit 51:     Notice of Allowability, September 25, 2020, from the prosecution history file of U.S. Patent No. 10,820,842

Exhibit 52:     Notice of Allowability, January 25, 2021, from the prosecution history file of U.S. Patent No. 10,952,653

Exhibit 53:     Claims, April 28, 2010, from the prosecution history file of U.S. Patent No. 8,483,967

Exhibit 54:     Office Action, August 7, 2020, from the prosecution history file of U.S. Patent No. 10,820,842

Exhibit 55:     Office Action, December 9, 2020, from the prosecution history file for U.S. Patent No. 10,952,653

Exhibit 56:   Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration, July 7, 2010, for PCT/US2010/032863

Exhibit 57:   U.S. Patent No. 8,483,967

Exhibit 58:   U.S. Patent No. 9,310,230

Exhibit 59:   U.S. Patent No. 10,194,844

Exhibit 60:   Notice of Allowance, March 14, 2013, from the prosecution history file of U.S. Patent No. 8,483,967 at p. 2

Exhibit 61:   Applicant Arguments / Remarks Made in Amendment, Feb. 7, 2013, from the prosecution history file of U.S. Patent No. 8,483,967 at pp. 7-9

Exhibit 62:   Office Action, Nov. 8, 2012, from the prosecution history file of U.S. Patent No. 8,483,967 at pp. 2-3; 5; 8.

Exhibit 63:   Notice of Allowance, Dec. 11, 2015, from the prosecution history file of U.S. Patent No. 9,310,230 at p. 2

Exhibit 64:   Amendment/Request for Reconsideration, June 25, 2015, from the prosecution history file of U.S. Patent No. 9,310,230 at pp. 8-11.

Exhibit 65:   Office Action, August 21, 2020, from the prosecution history file of U.S. Patent No. 11,013,431 at p. 3.

**Exhibits for U.S. Patent No. 10,945,647**

Exhibit 66:   Office Action, Oct. 23, 2020, from the prosecution file history of U.S. Patent No. 10,945,647

Exhibit 67:   Office Action, Oct. 29, 2020, from the prosecution file history of U.S. Patent No. 11,064,916

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs*

June 22, 2022

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

_____

John W. Shaw (#3362)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*

# Exhibit 1

Joint Claim Construction Chart

**U.S. PATENT NO. 10,973,443 ("443 Patent")**

| Claim Term(s)/Phrase(s) | Abbott's Claim Constructions and Intrinsic Evidence | DexCom's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| "*first spring*"<br><br>(Identified by DexCom) | Proposed Construction:<br><br>Plain and ordinary meaning (no construction needed or "first spring")<br><br>Intrinsic Support:<br><br>Ex. 2 (443 patent) at claims 1, 3, 13, 15; FIGS. 12, 16, 19-23, 33B; 4:47-54, 7:62 to 8:6, 13:1-14, 14:3-8, 14:29-35, 14:52-56, 15:56-59, 18:34-39, 19:1-8.<br><br>Ex. 14 (Preliminary Amendment, September 21, 2018, from the prosecution history file of U.S. Patent No. 10,973,443) at pp. 2-4.<br><br>Ex. 15 (Office Action, June 8, 2020, from the prosecution history file of U.S. Patent No. 10,973,443) at pp. 3-8.<br><br>Ex. 16 (Response to Office Action, February 24, 2021, from the prosecution history file of U.S. Patent No. 11,141,084) at pp. 2-6. | Proposed Construction:<br><br>Compression spring loaded along its axis<br><br>Intrinsic Support:<br><br>Ex. 2 (443 patent) at FIGS. 12, 16, 19-23, 33B; 7:54-61; 12:66-13:15; 14:3-8; 14:29-37; 15:14-22; 15:48-59; 16:25-32; 17:19-30; 18:34-46.<br><br>Ex. 24 (Claims as Filed, Sept. 21, 2018, from the prosecution history file of U.S. Patent No. 10,973,443) at p. 2.<br><br>Ex. 25 (Claims as Filed, Dec. 8, 2020, from the prosecution history file of U.S. Patent No. 10,973,443) at pp. 3-6.<br><br>Ex. 26 (Applicant Arguments/Remarks Made in an Amendment, Dec. 8, 2020, from the prosecution history file of U.S. Patent No. 10,973,443) at pp. 9-10.<br><br>Ex. 27 (Claims as Filed, Sept. 6, 2013, from the prosecution history file of U.S. Pat. App. No. 12/538,067) at p. 4 |

| Claim Term(s)/Phrase(s) | Abbott's Claim Constructions and Intrinsic Evidence | DexCom's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| | Ex. 17 (Office Action, March 18, 2021, from the prosecution history file of U.S. Patent No. 11,141,084) at pp. 2-4, 7-9.<br><br>Ex. 18 (Preliminary Amendment, January 11, 2021, from the prosecution history file of U.S. Patent No. 11,116,430) at pp. 2, 5.<br><br>Ex. 19 (Office Action, March 24, 2021, from the prosecution history file of U.S. Patent No. 11,116,430) at pp. 3-6, 11.<br><br>Ex. 20 (Response to Office Action, April 18, 2022, from the prosecution history file of U.S. Patent App. No. 17/493,408) at pp. 2-11.<br><br>Ex. 21 (Notice of Allowance, May 2, 2022, from the prosecution history file of U.S. Patent App. No. 17/493,408).<br><br>Ex. 22 (U.S. Patent No. 11,141,084) at claims 1, 20, 21.<br><br>Ex. 23 (U.S. Patent No. 11,116,430) at claims 1, 9, 10, 11, 12, 27, 28. | Ex. 28 (Claims as Filed, Sept. 6, 2007, from the prosecution history file of U.S. Patent No. 8,029,442) at p. 27<br><br>Ex. 29 (Claims as Filed, Nov. 5, 2003, from the prosecution history file of U.S. Patent No. 7,381,184) at p. 27. |

**U.S. PATENT NOS. 10,945,649 ("649 Patent") & 11,013,440 ("440 Patent")[1]**

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| "*rotor comprising a cylindrical shape*" <br><br> (Identified by Abbott) | Proposed Construction: <br><br> Plain and ordinary meaning ("rotor having an overall cylindrical shape") <br><br> Intrinsic Support: <br><br> Ex. 3 (649 patent) at claims 1, 11, 18; FIGS. 26-46; 29:12 to 30:6. <br><br> Ex. 4 (440 patent) at claim 1. <br><br> Ex. 30 (Notice of Allowability, April 19, 2021, from the prosecution history file of U.S. Patent No. 11,013,440) at pp. 2-3. | Proposed Construction: <br><br> Plain and ordinary meaning <br><br> Intrinsic Support: <br><br> Ex. 3 (649 patent) at Figs. 37-46; 29:55-30:6; claims 1, 10, 11, 13, 18, 23. <br><br> Ex. 4 (440 patent) at claims 1, 2, 6, 7, 13. |
| "*slot*" <br><br> (Identified by DexCom) | Proposed Construction: <br><br> Plain and ordinary meaning ("a narrow opening, groove, or channel") <br><br> Intrinsic Support: <br><br> Ex. 3 (649 patent) at claims 1, 8, 9, 18, 21, 22; FIGS. 26-46, 74, 98, 122, 127- | Proposed Construction: <br><br> Narrow opening through the first slidable body, through which the rotor follower projection extends <br><br> Intrinsic Support: |

---

[1]     The 649 and 440 patents share a common specification.  Intrinsic support citations are to the 649 patent unless otherwise indicated.

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| | 130; 3:33-37, 6:33-41, 6:62 to 7:2, 7:25-33, 29:12-39, 29:50 to 30:6, 35:64-67, 38:18-33, 41:66 to 42:5, 42:28-30.<br><br>Ex. 4 (440 patent) at claims 1, 5. | Ex. 3 (649 patent) at claims 1, 9, 18, 21, 22; Figs. 37-46; 29:55-30:6; 33:12-33; 34:65-67; 38:18-33.<br><br>Ex. 4 (440 patent) at claims 1, 4, 5.<br><br>Ex. 31 (Amendments to the Claims, June 19, 2020, from the prosecution history file of U.S. Patent No. 10,772,547) at p. 7.<br><br>Ex. 32 (Applicant Arguments/Remarks Made in an Amendment, June 19, 2020, from the prosecution history file of U.S. Patent No. 10,772,547) at p. 9.<br><br>Ex. 33 (Amendment to the Claims, June 25, 2019, from the prosecution history file of U.S. Patent Application No. 16/387,023) at pp. 3-4.<br><br>Ex. 34 (Amendment to the Claims, April 5, 2018, from the prosecution history file of U.S. Patent No. 10,292,632) at p. 3.<br><br>Ex. 35 (Applicant Arguments/Remarks Made in an Amendment, April 5, 2018, from the prosecution history file of U.S. Patent No. 10,292,632) at p. 6. |

**U.S. PATENT NOS. 10,881,341 ("341 Patent"), 10,959,654 ("654 Patent") & 11,000,216 ("216 Patent")**[2]

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| "*wherein the glucose sensor is a first glucose sensor, and wherein the on body electronics are configured to be used with a second glucose sensor after being used with the first glucose sensor*"<br><br>(Identified by Abbott) | Proposed Construction:<br><br>Plain and ordinary meaning ("the on body electronics are configured to be reusable with a second glucose sensor after being used with a first glucose sensor")<br><br>Intrinsic Support:<br><br>Ex. 5 (341 patent) at claim 16; 13:18-27, 22:59-67.<br><br>Ex. 7 (216 patent) at claim 17. | Proposed Construction:<br><br>Plain and ordinary meaning<br><br>Intrinsic Support:<br><br>Ex. 5 (341 patent): 6:60-63, 13:18-28, Claim 1, Claim 12, Claim 13, Claim 16.<br><br>Ex. 7 (216 patent): 6:55-58, 13:12-21, Claim 1, Claim 12, Claim 13, Claim 17. |
| "*first spring in a loaded position*"<br><br>(Identified by DexCom) | Proposed Construction:<br><br>Plain and ordinary meaning (no construction needed or "first spring that is loaded")<br><br>Intrinsic Support:<br><br>Ex. 5 (341 patent) at claims 1, 2, 4, 26, 27, 29; FIGS. 18-24, 25-31, 32-43, 63, 75; 1:8-16, 2:60 to 3:24, 4:19-41, 4:63-67, | Proposed Construction:<br><br>Compression spring loaded along its axis<br><br>Intrinsic Support:<br><br>Ex. 6 (654 patent): Figs. 25-31, 28:52-29:39 |

---

[2]    The 341, 654, and 216 patents share a common specification.  Intrinsic support citations are to the 341 patent unless otherwise indicated.

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| | 6:31-39, 6:60-67, 7:23-31, 22:24 to 23:67, 27:33 to 28:51, 28:52 to 29:39, 29:40 to 30:9, 32:51-56, 33:3-11, 33:37-43, 33:59-64.<br><br>Ex. 6 (654 patent) at claims 1, 7, 20, 23.<br><br>Ex. 7 (216 patent) at claims 1, 2, 26, 29.<br><br>Ex. 36 (Application, March 24, 2011, from the prosecution history of U.S. Patent 9,265,453) at pp. 68-71.<br><br>Ex. 37 (Office Action, November 14, 2012, from the prosecution history file of U.S. Patent No. 9,265,453) at p. 2.<br><br>Ex. 38 (Response To Office Action, January 14, 2013, from the prosecution history file of U.S. Patent No. 9,265,453) at pp. 6-7.<br><br>Ex. 39 (Application, January 15, 2016, from the prosecution history of U.S. Patent 10,881,340) at pp. 48-50.<br><br>Ex. 40 (Office Action, April 23, 2018, from the prosecution history file of U.S. Patent No. 10,881,340) at p. 2. | Ex. 45 (Non-Final Rejection, December 17, 2020, from the prosecution history file of U.S. Patent No. 10,959,654) at p. 3.<br><br>Ex. 46 (Applicant Arguments/Remarks, January 29, 2021, from the prosecution history file of U.S. Patent No. 10,959,654) at p. 9.<br><br>Ex. 41 (Remarks re Response to Election/Restriction, September 24, 2018, from the prosecution history file of U.S. Patent App. No. 14/996,751) at p. 4.<br><br>Ex. 40 (Office Action: Election/Restrictions, April 23, 2018, from the prosecution history file of U.S. Patent App. No. 14/996,751) at p. 2.<br><br>Ex. 7 (216 patent): Figs. 25-31, 28:46-29:32.<br><br>Ex. 47 (Applicant Arguments/Remarks, October 22, 2020, from the prosecution history file of U.S. Patent No. 10,959,654) at p. 8.<br><br>Ex. 48 (Non-Final Rejection, December 17, 2020, from the prosecution history file of U.S. Patent No. 11,000,216) at p. 3-4. |

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| | Ex. 41 (Response To Office Action, September 24, 2018, from the prosecution history file of U.S. Patent No. 10,881,340) at pp. 2-4.<br><br>Ex. 42 (Office Action, August 27, 2019, from the prosecution history file of U.S. Patent No. 10,881,340) at pp. 6-7.<br><br>Ex. 43 (U.S. Prov. App. No. 61/317,243) at [0022-23], [00260], [00284], [00288-93] (and any figures referenced in said paragraphs) and claims 14-20.<br><br>Ex. 44 (U.S. Prov. App. No. 61/345,562) at [0022-23], [00316], [00320-25] (and any figures referenced in said paragraphs). | Ex. 49 (Applicant Arguments/Remarks Made in Amendment, March 16, 2021, from the prosecution history file of U.S. Patent No. 11,000,216) at p. 10.<br><br>Ex. 50 (Applicant Argument/Remarks Made in Amendment, October 20, 2020, from the prosecution history file of U.S. Patent No. 11,000,216) at p. 9. |

**U.S. PATENT NOS. 10,820,842 ("842 Patent") & 10,952,653 ("653 Patent")[3]**

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| "*processing . . . the sensor data*"<br><br>"*processing the sensor data*"<br><br>"*process the sensor data*"<br><br>(Identified by Abbott) | Proposed Construction:<br><br>Converting/convert the sensor data into calibrated analyte values<br><br>Intrinsic Support:<br><br>Ex. 8 (842 patent) at claims 1, 5-9, 14, 16-18; FIGS. 1-6, 7A, 7B; Abstract, 1:58 to 2:2, 2:3-12, 2:13-28, 4:56 to 5:3, 5:4-21, 5:50-64, 7:34-42, 8:31-38, 9:58 to 10:6, 10:37-40, 10:59 to 11:5, 11:13-18, 11:26-49, 11:50-64, 11:65 to 12:8, 12:9-25, 12:26-39, 12:40-61, 12:62 to 13:5, 13:6-17, 13:18-38, 13:43-55, 13:56-59, 14:9-20, 14:32-34, 14:35-37, 14:39-55, 15:4-7, 15:8-11, 15:15-22.<br><br>Ex. 9 (653 patent) at claims 1, 10-12, 16, 17.<br><br>Ex. 51 (Notice of Allowability, September 25, 2020, from the prosecution history file of U.S. Patent No. 10,820,842) at p. 2. | Proposed Construction:<br><br>Plain and ordinary meaning<br><br>Intrinsic Support:<br><br>Ex. 8 ('842 patent): Fig. 5, Fig. 6, 3:40-43, 6:28-33, 8:28-40, 10:59-11:5, 9:58-10:10, 11:26-49, 11:50-64, 11:65-12:9, 12:9-25, 12:30-32, 12:40-61.<br><br>Ex. 57 (U.S. Patent No. 8,483,967): Claim 1, Claim 7, Claim 14.<br><br>Ex. 58 (U.S. Patent No. 9,310,230): Claim 1, Claim 8, Claim 13.<br><br>Ex. 59 (U.S. Patent No. 10,194,844): Claim 1, Claim 10. |

---

[3]     The 842 and 653 patents share a common specification.  Intrinsic support citations are to the 842 patent unless otherwise indicated.

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| | Ex. 52 (Notice of Allowability, January 25, 2021, from the prosecution history file of U.S. Patent No. 10,952,653) at p. 2.<br><br>Ex. 53 (Claims, April 28, 2010, from the prosecution history file of U.S. Patent No. 8,483,967) at pp. 25-28. | |
| "*data indicative of the sensed glucose level*"<br><br>(Identified by Abbott) | Proposed Construction:<br><br>Calibrated glucose values<br><br>Intrinsic Support:<br><br>Ex. 8 (842 patent) at claims 1, 5-9, 14, 16-18; FIGS. 1-6, 7A, 7B; Abstract, 1:58 to 2:2, 2:3-12, 2:13-28, 4:56 to 5:3, 5:4-21, 5:50-64, 7:34-42, 8:31-38, 9:58 to 10:6, 10:37-40, 10:59 to 11:5, 11:13-18, 11:26-49, 11:50-64, 11:65 to 12:8, 12:9-25, 12:26-39, 12:40-61, 12:62 to 13:5, 13:6-17, 13:18-38, 13:43-55, 13:56-59, 14:9-20, 14:32-34, 14:35-37, 14:39-55, 15:4-7, 15:8-11, 15:15-22.<br><br>Ex. 9 (653 patent) at claims 1, 10-12, 16, 17. | Proposed Construction:<br><br>Plain and ordinary meaning<br><br>Intrinsic Support:<br><br>Ex. 9 (653 patent): 1:23-36, 9:58-10:10. |

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| | Ex. 51 (Notice of Allowability, September 25, 2020, from the prosecution history file of U.S. Patent No. 10,820,842) at p. 2.<br><br>Ex. 52 (Notice of Allowability, January 25, 2021, from the prosecution history file of U.S. Patent No. 10,952,653) at p. 2.<br><br>Ex. 53 (Claims, April 28, 2010, from the prosecution history file of U.S. Patent No. 8,483,967) at pp. 25-28. | |
| "*failure mode condition*"<br><br>(Identified by DexCom) | Proposed Construction:<br><br>Condition that adversely affects function<br><br>Intrinsic Support:<br><br>Ex. 8 (842 patent) at claims 1-7, 10-15, 19-26, 29, 30; FIGS. 4, 5, 6, 7A, 7B; Abstract; 1:53-55, 1:58 to 2:2, 2:3-12, 2:13-28, 3:8-15, 3:20-27, 3:40-43, 4:4-34, 4:56-61, 5:58-64, 6:15-18, 6:34-49, 7:25-33, 7:36-42, 7:58-61, 8:5-21, 8:31-38, 9:15-28, 9:29-37, 9:64 to 10:1, 10:37-40, 10:54-58, 10:59-61, 11:6-18, 11:19-25, 11:44-49, 12:5-8, 12:9-20, 12:26-39, 12:40-61, 12:62 to 13:5, 13:19-30, 13:30-38, 13:43-55, 13:60-62, 13:63-67, 14:1-5, | Proposed Construction:<br><br>Condition that requires disabling of the output of sensor data<br><br>Intrinsic Support:<br><br>Ex. 8 ('842 patent): Abstract, Fig. 5, Fig. 6, 1:58-2:2, 2:3-12, 2:13-28, 9:29-41, 12:9-25, 12:26-39, 12:40-61, 12:62-13:5, 13:19-38, 13:43-55, 14:9-20, 14:33-55, 15:4-11.<br><br>Ex. 57 (U.S. Patent No. 8,483,967): Claim 1, Claim 7, Claim 14. |

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| | 14:9-20, 14:26-31, 14:39-55, 14:64 to 15:3, 15:15-22.<br><br>Ex. 9 (653 patent) at claims 1-12, 15.<br><br>Ex. 54 (Office Action, August 7, 2020, from the prosecution history file of U.S. Patent No. 10,820,842) at pp. 3-4.<br><br>Ex. 51 (Notice of Allowability, September 25, 2020, from the prosecution history file of U.S. Patent No. 10,820,842) at p. 2.<br><br>Ex. 55 (Office Action, December 9, 2020, from the prosecution history file for U.S. Patent No. 10,952,653) at pp. 3-4.<br><br>Ex. 52 (Notice of Allowability, January 25, 2021, from the prosecution history file of U.S. Patent No. 10,952,653) at p. 2.<br><br>Ex. 56 (Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration, July 7, 2010, for PCT/US2010/032863) at p. 6. | Ex. 58 (U.S. Patent No. 9,310,230): Claim 1, Claim 8, Claim 13.<br><br>Ex. 59 (U.S. Patent No. 10,194,844): Claim 1, Claim 10.<br><br>Ex. 60 (Notice of Allowance, March 14, 2013, from the prosecution history file of U.S. Patent No. 8,483,967) at p. 2<br><br>Ex. 61 (Applicant Arguments / Remarks Made in Amendment, Feb. 7, 2013, from the prosecution history file of U.S. Patent No. 8,483,967) at pp. 7-9<br><br>Ex. 62 (Office Action, Nov. 8, 2012, from the prosecution history file of U.S. Patent No. 8,483,967) at pp. 2-3; 5; 8.<br><br>Ex. 63 (Notice of Allowance, Dec. 11, 2015, from the prosecution history file of U.S. Patent No. 9,310,230) at p. 2<br><br>Ex. 64 (Amendment/Request for Reconsideration, June 25, 2015, from the prosecution history file of U.S. Patent No. 9,310,230) at pp. 8-11. |

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| | | Ex. 65 (Office Action, August 21, 2020, from the prosecution history file of U.S. Patent No. 11,013,431) at p. 3. |

**U.S. PATENT NO. 10,827,954 ("954 Patent")**

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| "*chemically bonded*"<br><br>(Identified by Abbott) | <u>Proposed Construction:</u><br><br>Bonded by attractive forces between atoms or molecules<br><br><u>Intrinsic Support:</u><br><br>Ex. 10 (954 patent) at claims 16, 17, 19, 20; 16:48 to 17:44, 18:7-18, 18:31-61, 26:39-59. | <u>Proposed Construction:</u><br><br>Plain and ordinary meaning<br><br><u>Intrinsic Support:</u><br><br>Ex. 10 (954 patent) at claims 16, 17, 19, 20; 16:49 to 17:44, 18:6-18, 18:31-61. |

**U.S. PATENT NO. 10,945,647 ("647 Patent")**

| Claim Term(s)/Phrase(s) | Plaintiffs' Claim Constructions and Intrinsic Evidence | Defendant's Claim Constructions and Intrinsic Evidence |
|---|---|---|
| "*insertion mechanism configured to position the sensor subassembly against the base of the transmitter mount by causing movement of the sensor subassembly*"<br><br>(Identified by DexCom) | Proposed Construction:<br><br>Plain and ordinary meaning (no construction needed or "a mechanism that inserts a sensor into position for use that is configured to position the sensor subassembly against the base of the transmitter mount by causing movement of the sensor subassembly")<br><br>Intrinsic Support:<br><br>Ex. 13 (647 patent) at claims 1, 2, 5, 12; FIGS. 3A, 3B, 4B-4E, 5B; 1:39-46, 5:37-43, 6:11-51, 6:54-67, 8:51-55.<br><br>Ex. 66 (Office Action, Oct. 23, 2020, from the prosecution file history of U.S. Patent No. 10,945,647) at pp. 2-5.<br><br>Ex 67 (Office Action, Oct. 29, 2020, from the prosecution file history of U.S. Patent No. 11,064,916) at pp. 4-5. | Proposed Construction:<br><br>112(6) / Means-plus-function<br><br>Function: positioning the sensor subassembly against the base of the transmitter mount by causing movement of the sensor subassembly<br><br>Corresponding structure: none disclosed, or alternatively 420 in Figures 4D and 4E and 550 in Figure 5B<br><br>Intrinsic Support:<br><br>Ex. 13 (647 Patent) FIGS. 4D, 4E, 5B; 6:47-51; 6:58-67 |