IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT DIABETES CARE INC. and )
ABBOTT DIABETES CARE LIMITED, )
                                )
            Plaintiffs,          )
                                )   C.A. No. 21-977 (KAJ)
     v.                          )
                                )
DEXCOM, INC.,                    )
                                )
            Defendant.           )

## STIPULATION AND (PROPOSED) ORDER

WHEREAS, the Court has rescheduled the claim construction hearing for October 7, 2022, and the summary judgment and Daubert hearing for June 16, 2023;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadlines are amended as follows:

| Event | Date |
|---|---|
| Plaintiffs' Opening Claim Construction Brief | July 13, 2022 |
| Defendant's Answering Claim Construction Brief | August 3, 2022 |
| Plaintiffs' Reply Claim Construction Brief | August 17, 2022 |
| Defendant's Surreply Claim Construction Brief | August 31, 2022 |
| Tutorials | September 2, 2022 |
| Comments on the Tutorials | September 9, 2022 |
| Claim Construction Hearing | October 7, 2022 |
| Hearing on Dispositive and Daubert Motions | June 16, 2023 |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Rodger D. Smith II* | */s/ Nathan R. Hoeschen* |

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Rodger D. Smith II (#3778) | Nathan R. Hoeschen (#6232) |
| Anthony D. Raucci (#5948) | I.M. Pei Building |
| 1201 North Market Street | 1105 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE  19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 658-9200 | jshaw@shawkeller.com |
| jblumenfeld@morrisnichols.com | nhoeschen@shawkeller.com |
| rsmith@morrisnichols.com | |
| araucci@morrisnichols.com | *Attorneys for Defendant* |

*Attorneys for Plaintiffs*

July 7, 2022

SO ORDERED this _____ day of _____, 2022.

_____

United States Circuit Court Judge