IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEXCOM, INC.,<br><br>        Defendant. | C.A. No. 21-977 (KAJ) |

## STIPULATION AND (PROPOSED) ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadlines are amended as follows:

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Last date by which to serve interrogatories and requests for production | | October 14, 2022 |
| Substantial Completion of Document Production, Other Than Emails | October 21, 2022 | November 11, 2022 |
| Substantial Completion of Email Production Pursuant to Paragraph 4 of the Discovery Order | October 21, 2022 | November 18, 2022 |
| Close of Fact Discovery | November 14, 2022 | January 26, 2023 |
| Final Infringement Contentions | December 5, 2022 | February 2, 2023 |
| Final Invalidity Contentions | December 19, 2022 | February 9, 2023 |
| Expert Disclosure Deadline | February 9, 2023 | March 2, 2023 |
| Expert Rebuttal Reports | March 9, 2023 | March 30, 2023 |
| Close of Expert Discovery | April 6, 2023 | April 25, 2023 |
| Opening Briefs for Case Dispositive Motions | April 27, 2023 | May 8, 2023 |

2

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Answering Briefs for Case Dispositive Motions | May 18, 2023 | May 24, 2023 |
| Reply Briefs for Case Dispositive Motions | June 6, 2023 | No change |
| Hearing on Dispositive Motions and Daubert Motions | June 16, 2023 | No change |
| Pretrial conference | September 22, 2023 | No change |
| Trial | October 23, 2023 | No change |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs*

October 12, 2022

SHAW KELLER LLP

*/s/ John W. Shaw*

John W. Shaw (#3362)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*

SO ORDERED this _____ day of October 2022.

_____
United States Circuit Court Judge

2