IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>        Plaintiffs,<br><br>  v.<br><br>DEXCOM, INC.,<br><br>        Defendant. | C.A. No. 21-977 (KAJ) |

## REVISED STIPULATION AND [PROPOSED] ORDER REGARDING CASE DEADLINES

Pursuant to D. Del. LR 16.4 and the Order of this Court, Plaintiffs Abbott Diabetes Care Inc. and Abbott Diabetes Care LLC (collectively, "Plaintiffs" or "Abbott") and Defendant Dexcom, Inc. ("Dexcom") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties conducted approximately two dozen depositions on or before January 26, 2023;

WHEREAS, the Parties conducted six depositions between January 26, 2023 and today;

WHEREAS, the Court has moved the trial date back in this case by two weeks, to November 6, 2023;

WHEREAS, counsel for the Parties have conferred and agreed that, subject to the Court's leave, it will benefit the orderly progression of the case to adjust other case deadlines;

WHEREAS, the modified dates the Parties propose would leave the Court with the same amount of time to consider dispositive and *Daubert* motions;

WHEREAS, counsel for the Parties hereby certify that they have sent a copy of this request to their clients;

NOW, THEREFORE, AND GOOD CAUSE BEING SHOWN, THE PARTIES STIPULATE AND JOINTLY REQUEST THAT THE COURT ORDER AS FOLLOWS:

1. The Parties are granted leave to conduct the depositions of Delve, LLC (by Abbott on 2/17/23), Jeffery Funderburk (by DexCom on 2/22/23), Aidan O'Sullivan (by Abbott on 2/23/23), Neeta Sharma (by Abbott on 2/24/23), Louis Pace (by DexCom on 02/28/23), IDEO, LP (by Abbott on a date to be determined), and Medtronic, Inc. (by Abbott on a date to be determined).

2. The Parties are granted leave to complete certain short, follow-up depositions (on or before March 3, 2023) pursuant to Fed. R. Civ. P. 30(b)(6) by agreement among the Parties or pursuant to further order of the Court.

3. As to any witness not previously deposed whom a propounding party intends to present at trial, the opposing party will be allowed a 4-hour deposition no later than 30 days before trial.

4. Case deadlines are adjusted per the chart below.

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Last day for Fact Depositions (other than any limited pre-trial depositions taken pursuant to paragraph 3 above)[1] | January 26, 2023 | March 3, 2023 |
| Discovery Conference | Not Applicable | March 9, 2023 at 10:00 a.m. |
| Hearing on DexCom's Motion for Leave to Amend its Answer | Not Applicable | March 9, 2023 at 10:00 a.m. |
| Expert Disclosure Deadline | March 2, 2023 | March 14, 2023 |
| Expert Rebuttal Reports | March 30, 2023 | April 11, 2023 |
| Close of Expert Discovery | April 25, 2023 | May 5, 2023 |

---

[1] Non-parties IDEO and Medtronic have limited availability and therefore it may be necessary to proceed with these depositions after March 3. If these depositions occur after expert reports are exchanged, the Parties will be able to serve short supplements regarding evidence from those depositions.

| Event | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Opening Briefs for Case Dispositive Motions | May 8, 2023 | May 19, 2023 |
| Answering Briefs for Case Dispositive Motions | May 24, 2023 | June 7, 2023 |
| Reply Briefs for Case Dispositive Motions | June 6, 2023 | June 16, 2023 |
| Hearing on Dispositive Motions and Daubert Motions | June 16, 2023 | June 30, 2023 at 2:00 pm |
| Pretrial Conference | September 22, 2023 | October 10, 2023 at 10:00 am |
| Trial | October 23, 2023 | November 6, 2023 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs*

February 21, 2023

SHAW KELLER LLP

/s/ *Nathan R. Hoeschen*

John W. Shaw (#3362)
Andrew E. Russell (#5382)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant*

SO ORDERED this _____ day of February 2023.

_____
United States Circuit Court Judge