IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-977-KAJ ) |
| DEXCOM, INC., | ) ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

WHEREAS, the Court established a deadline of March 14, 2023, for the service of opening expert reports;

WHEREAS, the plaintiffs' damages expert served her expert report on March 16, 2023, due to a team member's illness;

NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court, as follows:

1. The deadline for defendant's rebuttal damages expert to serve her rebuttal damages report is extended from Tuesday, April 11, 2023, until Monday, April 17, 2023, at 11:59 p.m. PDT.

2. This stipulation does not modify or change any other date or deadline.

| | |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Rodger D. Smith II (No. 3778) | Andrew E. Russell (No. 5382) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Nathan R. Hoeschen (No. 6232) |
| 1201 North Market Street | SHAW KELLER LLP |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 298-0700 |
| rsmith@morrisnichols.com | jshaw@shawkeller.com |
| *Attorneys for Plaintiffs* | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| Dated:  April 10, 2023 | *Attorneys for Defendant* |

So ordered this ___ day of _____, 2023,

_____
United States Circuit Judge