IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCOM, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-977-KAJ<br>)<br>)<br>)<br>) |

## DEXCOM, INC.'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant DexCom, Inc. ("DexCom") hereby moves for summary judgment that:

- Claims 1 and 15 of U.S. Patent No. 10,827,954 are directed to unpatentable subject matter and lack an inventive concept, and are thus invalid under 35 U.S.C. § 101;

- Claims 3 and 15 of U.S. Patent No. 10,820,842 and claims 7 and 8 of U.S. Patent No. 10,952,653 are directed to unpatentable subject matter and lack an inventive concept, and are thus invalid under 35 U.S.C. § 101;

- Claims 1 and 15 of U.S. Patent No. 10,827,954 are invalid for lack of enablement under 35 U.S.C. § 112;

- Claim 18 of U.S. Patent No. 10,945,649 and its dependent claims are invalid as indefinite;

- Plaintiffs are not entitled to an invention date earlier than April 29, 2009 for U.S. Patent Nos. 10,820,842 and 10,952,653; and

- DexCom has not willfully infringed any of the asserted claims.

The grounds for this motion are fully set forth in DexCom's opening brief, filed concurrently herewith.

NOW, THEREFORE, DexCom respectfully asks the Court to grant this motion and to enter the attached proposed orders.

|  |  |
|---|---|
| OF COUNSEL:<br>Robert A. Van Nest<br>Leo L. Lam<br>Eugene M. Paige<br>Sophie Hood<br>Elizabeth A. Egan<br>R. Adam Lauridsen<br>Matan Shacham<br>Matthew M. Werdegar<br>William S. Hicks<br>Eric B. Hanson<br>JD Schneider<br>Andrew S. Bruns<br>Puja Parikh<br>Nicholas R. Green<br>Bilal Malik<br>Michael K. Deamer<br>Stephanie J. Goldberg<br>Oliver J. Fong<br>Yena Lee<br>Jacquie P. Andreano<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA  94111-1809<br>(415) 391-5400 | /s/ Nathan R. Hoeschen<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |

Dated:  May 19, 2023