IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEXCOM, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 21-977 (KAJ)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME**

The parties stipulate and agree, subject to the approval of the Court, that the deadline for Plaintiffs to respond to Defendant's Motion to Strike (D.I. 334) is extended to May 31, 2023, and the deadline for Defendant's reply is extended to June 7, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Anthony D. Raucci* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | John W. Shaw (#3362) |
| Rodger D. Smith II (#3778) | Andrew E. Russell (#5382) |
| Anthony D. Raucci (#5948) | Nathan R. Hoeschen (#6232) |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | jshaw@shawkeller.com |
| rsmith@morrisnichols.com | arussell@shawkeller.com |
| araucci@morrisnichols.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

May 26, 2023

So ordered this ___ day of _____ 2023,

_____
United States Circuit Judge