IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>      Plaintiffs,<br><br>      v.<br><br>DEXCOM, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-977-KAJ<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING <u>ORDER ON PERSONAL DEVICES</u>**

The parties jointly move that the following individuals be permitted to keep their electronic devices in their possession in court, as if they were Delaware-licensed attorneys permitted to do the same. These individuals agree they will abide by all requirements of the District Court's May 15, 2023 Standing Order In re Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse.

- Robert Van Nest
- Matthew Werdegar
- Eugene Paige
- Adam Lauridsen
- Sophie Hood
- William Hicks
- Stephanie Goldberg

- Puja Parikh

- Mike Brown, client representative

- Kellin Chatfield Nicoletti, client representative

- Kaare ("Corey") Larson, client representative

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT &TUNNELL LLP | SHAW KELLER LLP |
| */s/ Rodger D. Smith II* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (No.1014)<br>Rodger D. Smith II (No. 3778)<br>Anthony D. Raucci (No. 5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>araucci@morrisnichols.com | John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| Dated: June 28, 2023 | |

**SO ORDERED**, this _____ day of _____, 2023.

_____
The Honorable Kent A. Jordan