# M<span/>ORRIS, N<span/>ICHOLS, A<span/>RSHT & T<span/>UNNELL LLP

1201 N<span/>ORTH M<span/>ARKET S<span/>TREET
P.O. B<span/>OX 1347
W<span/>ILMINGTON, D<span/>ELAWARE  19899-1347

(302) 658-9200
(302) 658-3989 FAX

A<span/>NTHONY D. R<span/>AUCCI
302 351 9392
araucci@morrisnichols.com

October 4, 2023

The Honorable Kent A. Jordan  *VIA ELECTRONIC FILING*
United States Court of Appeals
  for the Third Circuit
5100 Federal Building
844 N. King Street, Unit 10
Wilmington, DE 19801-3566

      Re:   *Abbott Diabetes Care Inc., et al. v. DexCom, Inc.*,
            C.A. No. 21-977 (KAJ)

Dear Judge Jordan:

      The parties jointly submit the attached proposed juror questionnaire for the Court's consideration.

      Respectfully,

      */s/ Anthony D. Raucci*

      Anthony D. Raucci (#5948)

Enclosure

cc:   All Counsel of Record (via electronic mail)