The questionnaire below has been approved by the Court. To select jurors, the Court and the parties require certain information. This form is designed to save time and assist the Court and the parties to move forward as quickly as possible. Please answer the questions below honestly and completely, and provide the response in the enclosed envelope. If you need additional space, please use the back of this form. This information will not be used for any other purpose except to select a jury. Thank you for your time and effort in completing this questionnaire.

**JUROR QUESTIONNAIRE**

Name: _____   Address: _____
_____
Race: _____   Gender: _____   Age: ____   County of Residence: _____

1. What is the highest level of education you have completed? ☐ Less Than High School Diploma ☐ High School Diploma/GED ☐ Some College ☐ Technical/Business School ☐ Trade School ☐ Associate's Degree ☐ College Degree ☐ Post-Graduate Degree.

Beyond high school, list the degree(s) you have earned and your major area(s) of study: _____
_____

2. Do you have any special training, education, or experience related to any of the following industries/fields: (Check all that apply) ☐ Law/Court System ☐ Healthcare ☐ Medical Devices ☐ Diagnostics ☐ Biology ☐ Chemistry ☐ Engineering ☐ Accounting ☐ Finance or Economics ☐ Licensing ☐ Intellectual Property/Patents ☐ Business ☐ Research and Development ☐ Sales ☐ Product Development ☐ Endocrinology (Diabetes Medicine) ☐ Dietician or Nutritionist ☐ Diabetes education ☐ Marketing/Advertising ☐ Contract Negotiation or Enforcement
If you checked any box, please describe: _____
_____

3. Are you a full time student? ☐ Yes ☐ No.

4. Have you ever served in the military? ☐ Yes ☐ No. If "Yes," highest rank? _____

5. Employment status: (Check one) ☐ Employed Full-Time ☐ Employed Part-Time ☐ Homemaker ☐ Self-Employed ☐ Retired ☐ Unemployed ☐ Furloughed ☐ Disabled.

6. Describe your current or most recent job.
Employer: _____ Type of Business: _____
Title/Position: _____ Length of Employment: _____
Reason for Leaving (if applicable): _____

7. In any of your jobs, have you ever held a management/supervisor position? ☐ Yes ☐ No.

8. Have you or anyone close to you ever owned a business? ☐ Yes ☐ No. If "Yes," please describe the business and when it was owned: _____
_____

9. What is your marital status? ☐ Single/ Never married ☐ Married ☐ Living with Partner ☐ Divorced/ Separated ☐ Widow/ Widower

10. If applicable, what is your spouse's/partner's current or most recent job and who is/was the employer? _____

11. Have you ever been a plaintiff or defendant in a lawsuit (other than divorce)? ☐ Yes ☐ No. If "Yes," were you a ☐ plaintiff ☐ defendant? Please describe the lawsuit: _____
_____

12. Have you ever been a witness at a trial, hearing, or deposition? ☐ Yes ☐ No. If "Yes," please explain: _____
_____

13. Have you previously served as a juror? ☐ Yes ☐ No.  If "Yes," did the jury reach a verdict? ☐ Yes ☐ No.  Were you the jury foreperson?  ☐ Yes ☐ No.  What type of case was it?  ☐ Civil ☐ Criminal ☐ Grand Jury Proceedings ☐ I Do Not Remember.

14. Do you have any strong opinions about civil litigation in general? ☐ Yes ☐ No.  If "Yes," please describe: _____

15. Do you have any strong opinions about large corporations? ☐ Yes ☐ No.  If "Yes," please describe: _____

16. Have you, a family member, or close friend ever ☐ developed a new product, ☐ applied for a patent, or ☐ received a patent? (Check all that apply.) If you checked one or more boxes, please explain: _____

17. Have you, a family member, or close friend ever invented anything, whether or not you sought a patent on it?  ☐ Yes ☐ No.  If "Yes," please explain: _____

18. Do you have opinions (positive or negative) about patents? ☐ Strongly Positive ☐ Positive ☐ Negative ☐ Strongly Negative ☐ Neutral.  Please explain: _____

19. Do you have opinions (positive or negative) about the Patent Office or the US patent system? ☐ Strongly Positive ☐ Positive ☐ Negative ☐ Strongly Negative ☐ Neutral.  Please explain: _____

20.  Have you or anyone close to you had diabetes or ever needed to manage or treat diabetes? ☐ Yes ☐ No.  If "Yes," please explain: _____

21. Are you familiar with any of the following companies: Abbott Laboratories, Abbott Diabetes Care, or Dexcom Inc.? ☐ Yes ☐ No.  If "Yes," please describe: _____

22. Have you or anyone close to you ever used a blood glucose meter (also known as a BGM)? ☐ Yes ☐ No.  If "Yes," please explain: _____

23.  Have you or anyone close to you ever used a continuous glucose monitor (also known as a "CGM")? ☐ Yes ☐ No.  If "Yes," please explain: _____

24. Are you familiar with any of the following CGMs: Abbott Freestyle Navigator, Abbott Freestyle Libre, Dexcom G4, Dexcom G5, Dexcom G6, Dexcom G7? ☐ Yes ☐ No.  If "Yes," please describe: _____