IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT DIABETES CARE INC. and<br>ABBOTT DIABETES CARE LIMITED,<br><br>       Plaintiffs,<br><br>    v.<br><br>DEXCOM, INC.,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 21-977 (KAJ) |

**[JOINT PROPOSED] VOIR DIRE**

Good morning, ladies and gentlemen. My name is Kent Jordan and I am the judge who will be presiding over the trial for which a jury is about to be selected.

For those of you selected to serve as jurors, I will give more detailed instructions once you are sworn-in as jurors and again at the conclusion of trial. For now, I will simply tell you that this case is a patent infringement action. The plaintiffs in this case are Abbott Diabetes Care Inc. and Abbott Diabetes Care Limited (or simply "Abbott"). The defendant is DexCom, Inc. (or simply "DexCom"). Abbott claims that DexCom infringes 7 patents, but DexCom denies it is infringing any patent and asserts that several of the patents are invalid.

The trial will begin [today] as soon as we select a jury and is expected to conclude by the end of the day on November 17, 2023 - though it is possible that jury deliberations could extend your service beyond that. Our trial days will run from 9:00 am to approximately 4:30 pm each day.

I am going to ask you a series of questions to help the Court and the attorneys in the jury selection process. The purpose of these questions is to enable the Court to determine whether or not any prospective juror should be excused and to help the lawyers learn about you. First, I am going to ask my Courtroom Deputy to swear the jury panel to answer all questions truthfully. (To Deputy, please swear the panel).

As I read these questions to you, please answer silently in your head and try to keep in mind whether you answer "yes" to any of them. There is no need for you to raise your hand or stand or respond in any way at this time to my questions. Instead, when I have concluded asking all of the questions, for any of you who have answered "yes" to any of my questions, you will be called up one by one so you can speak to me and the attorneys about any "yes" answers you had. Don't worry if you can't remember the specific question or question number to which your answer is "yes." Now I will ask the questions.

2

My questions:

1. Does the schedule that I have just mentioned present a special problem for any of you?

2. Do you have any condition, such as poor vision, difficulty hearing, or difficulty understanding spoken or written English, that would make serving as a member of the jury difficult?

3. Do you, a family member, or a close friend have any relationship with me or my staff?

4. Have you heard or read anything about this case?

5. Have you heard of Abbott, Abbott Diabetes Care, Abbott Laboratories, or DexCom?

6. Do you have any positive or negative feelings about any of these companies or individuals associated with these companies?

7. Have you, a family member, or a close friend had any dealings with, owned stock in, been employed by, had any business relationship with, or been financially connected to any of these companies?

    a. Have you, a family member, or a close friend had any experience with a continuous glucose monitor made or sold by Abbott (e.g., FreeStyle Libre), DexCom (e.g., G5, G6, or G7) or any other company?

    b. Have you, a family member, or a close friend had any experience with any other products made by Abbott or DexCom?

8.    The lawyers and law firms involved in this case are:[1,2]

Jacquie P. Andreano
Rachel Renee Blitzer
Jack B. Blumenfeld
Andrew S. Bruns
Manuela Cabal
Michael J. Carrozza
Dorien J. Clark
Michael K. Deamer
Elizabeth A. Eagan
Stephanie J. Goldberg
James M. Hafertepe
Nathan Hamstra
Leland G. Hansen
Eric B. Hanson
William S. Hicks
Nathan R. Hoeschen
Amanda J. Hollis
Sophie Hood
Sharon A. Hwang
Amanda C. Jackson
Theodore Kwong
Leo L. Lam
Benjamin A. Lasky
R. Adam Lauridsen
Yena Lee
Aaron Macris
Bilal Malik
Paul W. McAndrews
Scott P. McBride
Alan M. Montera
Michael A. Morin
Eugene M. Paige
Puja Parikh
S. Giri Pathmanaban

---

[1] [**Abbott's position:** All attorneys and firms who appear in the Pretrial Order should be listed. These attorneys and firms have been intimately involved with the parties and the issues surrounding this case].

[2] [**DexCom's position:** Only attorneys and firms who will appear at trial should be listed. The highlighted attorneys and firms will not appear at trial and should not be listed].

Eligio C. Pimentel
Anthony D. Raucci
Andrew E. Russell
JD Schneider
Gregory C. Schodde
Rocco J. Screnci
Matan Shacham
John W. Shaw
Rodger D. Smith II
Ellisen Shelton Turner
Robert A. Van Nest
Alexander M. Vogler
Matthew M. Werdegar
Thomas J. Wimbiscus

Hilgers Graben PLLC
Keker, Van Nest & Peters LLP
Kirkland & Ellis LLP
Latham & Watkins LLP
McAndrews, Held & Malloy LLP
Morris Nichols Arsht & Tunnell LLP
Quinn Emanuel Urquhart & Sullivan LLP
Shaw Keller LLP

Do you or anyone in your immediate family or close friends know or have you or anyone in your immediate family or close friends had any dealings with or been employed by any of the law firms or attorneys that I have just named?

10. I will now list for you the potential witnesses who may testify at this trial, or whose names you may possibly hear mentioned in testimony from other witnesses during the trial:

Giada Acciaroli
Dr. John Anderson
Badia Boudaiffa
Mark Brister
Adam Cate
Matt Dolan
John Durham
Laura Endres
Justen England

Ghazaleh Esmaili
Gary Fletcher
Jeffrey Funderburk
Arturo Garcia
Jack Griffis
Jason Halac
Jeff Halpern
Scott Harper
Udo Hoss
Jonathan Hughes
Michael Ivey
Apurv Kamath
Bradley Keleman
Scott Kosinski
Dr. Lori Laffel
Mike Lawless
Catharine Lawton
Karl Leinsing
Glen Liu
Adam Livingston
John Mastrototaro
Dr. Eden Miller
Jason O'Connor
Aidan O'Sullivan
Lou Pace
Steve Pacelli
Peter Robinson
Neeta Sharma
Neil Sheehan
Peter Simpson
Brian Smith
John Smith
Barry Soloman
Gary Stafford
Laura Stamm
Mike Steelman
Dnyanesh Talpade
Mark Taub
Jeff Vaitekunas
Jorge Valdez
John Villasenor
Barbara Woods

Do you recognize the names of any of these individuals?

11.     Look around the courtroom, including at other potential jury members.  Do you know anyone else, or have you had any relationship with anyone else, in the courtroom before today?

12.     Have you, a family member, or a close friend ever applied for or received a patent, copyright, or trademark or otherwise had any experience with the United States Patent & Trademark Office?

13.     Have you, a family member, or a close friend ever invented anything, whether or not you sought a patent on it?

14.     Have you, any member of your immediate family, or a close friend been personally accused, or worked for a company that has been accused, of infringing a patent?

15.     Have you, any member of your immediate family, or a close friend ever personally worked for a company that has accused another person or company of infringing a patent?

16.     Do you believe the outcome of any dispute or lawsuit involving a patent had any impact on your employer or on the industry in which you work (good or bad)?

17.     Do you have any strong beliefs or feelings about the patent system?

18.     Do you have strong positive or negative opinions about the medical device industry?

19.     Have you or anyone close to you ever had diabetes or ever needed to manage or treat diabetes?

20.     Have you or anyone close to you ever used a blood glucose monitor or continuous glucose monitor?

21.     Have you or anyone close to you ever had to treat diabetes with injectable insulin?

22.     Have you or anyone close to you used an insulin pump?

23.     Do you serve in a leadership position either at work or in a professional, religious, or social group of some kind?

24.     Do you have education, special training, special knowledge or experience in any of the following areas?

     a.  the law?

     b.  engineering or another technical or scientific field?

     c.  medical device design or medical device manufacturing?

     d.  diabetes management or treatment?

25.     Have you, a family member, or a close friend been involved in any way in any type of lawsuit?

26.     Have you ever served as a juror in a civil lawsuit or criminal action or as a member of a grand jury in either a federal or state court?

27.     Have you ever served as the foreperson on a jury in a civil lawsuit or criminal action?

28.     Is the plaintiff Abbott or the defendant DexCom starting off ahead in your mind for any reason?  Do you favor one side or the other right now, for any reason, even just a little bit?

29.     Do you believe that you would be unable to follow my instructions in this case if you personally disagreed with the instructions?

30.     This is the last question.  Do you know of any other matter that you believe should be called to the Court's attention as having some bearing upon your qualifications or ability to

sit as a juror, or that you think may prevent you from rendering a fair and impartial verdict based

solely upon the evidence and my instructions as to the law?