IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and<br>ABBOTT DIABETES CARE LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEXCOM, INC.,<br><br>    Defendant. | Civil Action No. 21-977 (KAJ) |

## AMENDED SCHEDULING ORDER

At Wilmington, this 12th day of October, 2023;

IT IS ORDERED that:

1. Briefing on any renewed *Daubert* motion relating to the report and proposed testimony of Catherine Lawton, shall be completed on or before January 4, 2024. The parties shall jointly submit a proposed briefing schedule by October 16, 2023.

2. Pretrial Conference. On February 5, 2024, the Court will hold a Final Pretrial Conference in Chambers with counsel beginning at 10:00 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the revised joint pretrial order satisfies the pretrial disclosure requirement of Federal Rule of Civil Procedure 26(a)(3). The parties shall file with the Court the revised joint proposed final pretrial order on or before January 4, 2024.

3. Motions in Limine. Motions in limine shall not be separately filed. All in limine requests and responses thereto shall be set forth in the revised proposed kpomt

pretrial order. Each party shall be limited to three in limine requests (the Court having already heard arguments on two in limine motions from each side), unless otherwise permitted by the Court. Each in limine request and any response shall contain the authorities relied upon; each in limine request may be supported by a maximum of 1,750 words of argument and may be opposed by a maximum of 1,750 words of argument. No separate briefing shall be submitted on in limine requests, unless otherwise permitted by the Court.

4. Jury Instructions, Voir Dire, and Special Verdict Forms. Any changes to the previously filed proposed voir dire, instructions to the jury, and special verdict form and jury interrogatories shall be submitted no less than three full business days before the final pretrial conference.

5. Trial. This matter is scheduled for a 10-day jury trial beginning at 9:30 a.m. on March 11, 2024, with the subsequent trial days beginning at 9:00 a.m. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 22 hours to present their case.

_____
UNITED STATES CIRCUIT JUDGE,
Sitting by designation