IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABBOTT DIABETES CARE INC. and )
ABBOTT DIABETES CARE LIMITED, )
)
Plaintiffs, )
)
v. )            Civil Action No. 21-977 (KAJ)
)
DEXCOM, INC., )
)
Defendant. )
)

## ORDER

At Wilmington this 13th day of November 2024, for the reasons set forth in the
Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

- Dexcom Inc.'s Renewed Motion for Judgment as a Matter of Law and
  Motion for New Trial (D.I. 679) is GRANTED-IN-PART insofar as
  Dexcom argues that it did not willfully infringe the patents in suit.

- Dexcom's Renewed Motion for Judgment as a Matter of Law and Motion
  for New Trial (D.I. 679) is DENIED-IN-PART insofar as it argues that no
  reasonable jury could find it infringed claim 3 of U.S. Patent No.
  11,000,216; that it is entitled to a new trial on infringement of claim 28 of
  U.S. Patent No. 10,959,649; and that Abbott Diabetes Care Inc. and Abbott
  Diabetes Care Ltd. (collectively, "Abbott") are entitled to only a nominal
  reasonable royalty and not entitled to lost profits.

- Abbott's Renewed Motion for Judgment as a Matter of Law (D.I. 680) is GRANTED-IN-PART insofar as it argues that Dexcom infringed claim 3 of U.S. Patent No. 11,000,216; that it is entitled to a non-zero reasonable royalty; and that it is entitled to a new trial on damages.

- Abbott's Renewed Motion for Judgment as a Matter of Law (D.I. 680) is DENIED-IN-PART insofar as it argues that Dexcom infringed claim 3 of U.S. Patent No. 10,945,647; that it is entitled to lost profits as a matter of law; and that it is entitled to a new trial on willfulness and on infringement of claim 3 of U.S. Patent No. 10,945,647.

Kent A. Jordan, Circuit Judge
Sitting by designation

2